1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )    No. CR-06-2016-AAM
                                    )
        v.                          )    **MEMORANDUM**
                                    )    **OPINION RE SENTENCING**
BRADLEY McCORD,                     )
                                    )
                    Defendant.      )
_____ )

On November 6, 2006, the court sentenced defendant to a term of imprisonment of 46 months.  The court found the applicable advisory guideline range was 37-46 months based on a Total Adjusted Offense Level of 14 and a Criminal History Category of VI.  The Total Adjusted Offense Level included a two level reduction for acceptance of responsibility pursuant to U.S.S.G. §3E1.1(a).  The court, however, declined to give the defendant an extra one level reduction pursuant to U.S.S.G. §3E1.1(b).

§3E1.1(b) authorizes an extra one level reduction where a defendant's timely notification of his intention to enter a plea of guilty permits the government to avoid preparing for trial and to allocate its resources efficiently.  The government opposes such a reduction and the court finds good cause for the same.  Jury trial was scheduled to commence on August 14, 2006.  On August 7, the government filed its trial brief and proposed jury instructions.  It was not until  August 11, a mere three days before trial, that defendant notified the government that he would

**MEMORANDUM OPINION
RE SENTENCING-                    1**

be pleading guilty.  In light of these facts, the reasons offered by defendant's counsel at sentencing for defendant's delay in entering a guilty plea do not persuade the court that the extra one level reduction is warranted.

The District Executive shall forward copies of this Memorandum Opinion to counsel and to the U.S. Probation Office (Yakima).

**DATED** this 7TH_____ of November, 2006.

s/ Alan A. McDonald
ALAN A. McDONALD
Senior United States District Judge

**MEMORANDUM OPINION
RE SENTENCING-                    2**