PROB 12C
(7/93)

Report Date: May 5, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 5 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bradley William McCord         Case Number: 2:06CR02016-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 11/6/2006

Original Offense:    Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 46 Months; TSR - 36 Months          Type of Supervision: Supervised Release

Asst. U.S. Attorney: Thomas J. Hanlon            Date Supervision Commenced: 8/24/2009

Defense Attorney:    Federal Defenders           Date Supervision Expires: 8/23/2012

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. McCord provided a random urine sample on January 28, 2010, during a home visit. It was presumptively positive for amphetamines. Confirmation of this sample was received on February 4, 2010, and confirmed the sample contained amphetamine and methamphetamine. Mr. McCord adamantly denies the use of illegal substances and is not sure why his urine was positive for narcotics. He has been very ill and has been using a wide variety of over-the-counter medications, but stated it would not be positive for methamphetamine. |
| 2 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. McCord was arrested on May 4, 2010, after a high speed pursuit with local law enforcement. Mr. McCord was the passenger in the vehicle and during the pursuit, Mr. McCord was observed throwing a firearm from the passenger side window of the vehicle. After Mr. McCord's arrest, officers located the firearm and determined it was |

stolen. Additionally, Mr. McCord was found to be in possession of illegal narcotics. He has been initially charged with first degree unlawful possession of a firearm and possession of a stolen firearm. Further information will be provided to the Court as it becomes available.

3   **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: At the time of his arrest Mr. McCord was found to be in possession of illegal narcotics and was charged with possession of a controlled substance with the intent to deliver.

4   **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Supporting Evidence**: Please see the narrative listed in violation number 2.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  5 May 10

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

James P. Hutton
Signature of Judicial Officer

5/5/2010
Date