PROB 12C
(7/93)

Report Date: May 28, 2010

## United States District Court

### for the

### Eastern District of Washington

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**MAY 28 2010**

**JAMES R LARSEN, CLERK**
**_____ DEPUTY**
**YAKIMA, WASHINGTON**

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bradley William McCord      Case Number: 2:06CR02016-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 11/6/2006

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 46 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | 8/24/2009 |
| Defense Attorney: | Gregory L. Scott | Date Supervision Expires: | 8/23/2012 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/9/2010 and 5/5/2010.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: Mr. McCord was arrested on May 4, 2010, after a high speed chase. The person driving the vehicle was determined to be Jaime Andrews, who has multiple felony convictions. Mr. McCord did not ask permission to have contact nor did he request permission to associate with Mr. Andrews. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 28, 2010

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob12C
Re: McCord, Bradley William
May 28, 2010
Page 2

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

_____
Signature of Judicial Officer

5/28/10
Date